David H. Leigh WSBA #40031
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: dleigh@rqn.com

Attorneys for CATERPILLAR FINANCIAL
SERVICES CORPORATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| IN RE: | CASE NO. 11-04059-PCW7 |
|---|---|
| JOSEPH L. VAN SLYKE and EDITH E. VAN SLYKE, | ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Debtors. | |

This matter is before the Court on the *Motion for Relief from the Automatic Stay*, dated November 3, 2011 [Docket No. 12] (the "Motion"), filed by Caterpillar Financial Services Corporation ("Caterpillar"). The Court, after considering the Motion and such other matters in the Court's file as the Court deemed appropriate, and noting the absence of any objection or response to the Motion in the Court's file, finds and concludes that the Motion is well-taken, and that the relief requested therein should be granted. Based upon the foregoing and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

  1. The Motion shall be, and it hereby is, granted.

  2. The automatic stay imposed by 11 U.S.C. § 362(a) shall be, and it hereby is, terminated, effective immediately, as it relates to Caterpillar and that certain (i)

Order on Motion for Stay Relief

RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500

11-04059-PCW7  Doc 20  Filed 11/23/11  Entered 11/28/11 14:20:20  Pg 1 of 2

315CL Excavator, Serial No. CJC03947; and (ii) RDM44EX AFE Mulcher, Serial No. 1-08-R160-315CL-20 (together, the "Caterpillar Equipment").

3. Caterpillar shall be, and it hereby is, authorized to exercise its state-law and contractual rights and remedies as a secured creditor of the Debtors and to foreclose upon, sell, or otherwise liquidate its interest in the Caterpillar Equipment pursuant to non-bankruptcy law.

4. The fourteen (14) day stay period set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3), shall be, and it hereby is, waived.

5. The Debtors shall be, and they each hereby are, ordered to immediately (within three (3) business days) surrender possession, custody, and control of each piece of the Caterpillar Equipment to Caterpillar or its designated representative.

###

Presented by:

/s/ David H. Leigh
David H. Leigh
Ray Quinney & Nebeker PC
36 South State Street, Suite 1400
Salt Lake

*Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

11/23/2011 11:51:01

Order on Motion for Stay Relief
Bankr. Case No. 11-04059

- 2 -

RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500

11-04059-PCW7    Doc 20    Filed 11/23/11    Entered 11/28/11 14:20:20    Pg 2 of 2