```
                        United States Bankruptcy Court
                         Eastern District of Washington
In re:                                                       Case No. 11-04059-PCW
Joseph L. Van Slyke                                          Chapter 7
Edith E. Van Slyke
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: admin               Page 1 of 2         Date Rcvd: Jan 04, 2012
                              Form ID: b18              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2012.
db/jdb        Joseph L. Van Slyke,    Edith E. Van Slyke,    PO Box 277,    Keller, WA  99140-0277
cr           +Caterpillar Financial Services Corporation,    c/o David H. Leigh,
               36 South State Street, Suite 1400,    Salt Lake City, UT  84111-1451
cr           +Colville Tribal Credit,    c/o David D. Shaw, Esq.,    Shaw Law Group,    Commonwealth Buildin,
               421 SW 6th Ave., Ste. 1150,    Portland, OR  97204-1624
3190987       AG Link Inc.,    PO Box 77,    Reardan, WA  99029-0077
3190988       Apple Valley Machine Shop,    2 Tonasket Shop Rd,    Tonasket, WA  98855-9297
3190991      +Caterpillar Financial Service & Co,    2120 W End Ave,    Nashville, TN  37203-5341
3190993       Colville Tribal Credit,    PO Box 618,    Nespelem, WA  99155-0618
3190996       Key Bank,    PO Box 94932,    Cleveland, OH  44101-4932
3190997       Pine Grove Junction LLC,    PO Box 314,    Republic, WA  99166-0314
3190998       Ray Quinney & Nebeker P.C.,    PO Box 45385,    Salt Lake City, UT  84145-0385
3190999       Voltz & Sons,    PO Box 350,    Chewelah, WA  99109-0350
3191000       Whitley Fuel LLC,    PO Box 907,    Okanogan, WA  98840-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJRREEVES.COM Jan 05 2012 03:48:00      Jack R Reeves,    Jack R. Reeves,   208 W. Alderwood,
               Spokane, WA  99218-2503
smg           EDI: WADEPREV.COM Jan 05 2012 03:48:00      State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
cr           +EDI: RECOVERYCORP.COM Jan 05 2012 03:48:00      Recovery Management Systems Corporation,
               Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl  33131-1605
3190989       EDI: BANKAMER2.COM Jan 05 2012 03:48:00      Bank Of America,    PO Box 30750,
               Los Angeles, CA  90030-0750
3190990       EDI: HFC.COM Jan 05 2012 03:48:00      Beneficial,    PO Box 5233,    Carol Stream, IL  60197-5233
3190992       EDI: CHASE.COM Jan 05 2012 03:48:00      Chase,    PO Box 94014,    Palatine, IL  60094-4014
3190994       E-mail/Text: bev@cdfcu.net Jan 05 2012 04:51:32      Coulee Dam Credit Union,    PO Box 216,
               Coulee Dam, WA  99116-0216
3190995       EDI: FORD.COM Jan 05 2012 03:48:00      Ford Credit,    PO Box 7172,    Pasadena, CA  91109-7172
3202426       EDI: RECOVERYCORP.COM Jan 05 2012 03:48:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2012**                    **Signature:**         *Joseph Speetjens*

11-04059-PCW7    Doc 26    Filed 01/06/12    Entered 01/06/12 21:52:12    Pg 1 of 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2012 at the address(es) listed below:
              David D Shaw     on behalf of Creditor  Colville Tribal Credit david@shaw-law.net,
               candy@shaw-law.net
              David H Leigh    on behalf of Creditor  Caterpillar Financial Services Corporation dleigh@rqn.com,
               agale@rqn.com
              Jack R Reeves    jrreeves@comcast.net,    jrreeves@ecf.epiqsystems.com
              Robert A Simeone    on behalf of Debtor Joseph Van Slyke robert_alan1@hotmail.com,
               bkeller_simeonelaw@hotmail.com
              US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
                                                                                             TOTAL: 5

Form B18 (Official Form 18)(12/07)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON
Case No. **11–04059–PCW7**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph L. Van Slyke               Edith E. Van Slyke
PO Box 277                        PO Box 277
Keller, WA 99140–0277             Keller, WA 99140–0277

Last four digits of Social Security or other Individual Taxpayer–Identification No(s)(if any):
xxx–xx–8097                       xxx–xx–3607

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/4/12                     Patricia C Williams
                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**